**OSAGE OIL & REFINING CO. et al. v. INTERSTATE PIPE CO.**

No. 16079—Opinion Filed Sept. 15, 1925.

(Syllabus.)

**Appeal and Error—Failure to Give Notice—Dismissal.**

Where notice is not given of intention to appeal, the appeal will be dismissed.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action between the Osage Oil & Refining Company et al. and Interstate Pipe Company. From the judgment, the former bring error. Dismissed.

J. E. Whitehead, for plaintiffs in error.

Rowland & Talbott, for defendant in error.

PER CURIAM. This is a motion of defendant in error to dismiss appeal, for the reason no notice was given of intention to appeal. An examination of the record shows that no notice was given. Section 782, C. O. S. 1921, is mandatory, and the appeal is dismissed. Nichols v. Lonsdale, 109 Okla. 59, 234 Pac. 752; Atkins v. Lynholm, 87 Okla. 123, 209 Pac. 319; Miller v. Brownfield, 73 Okla. 156, 175 Pac. 211; Crawford v. Shintaffer, 92 Okla. 22, 217 Pac. 867; Holbert v. Patrick, 72 Okla. 25, 177 Pac. 566.

Note.—See under (1) 4 C. J. p. 567, § 2380.